UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 172.100.97.208,<br><br>　　　　　　Defendant. | Civil Action No. 1:22-cv-00597-NAM-ATB |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 172.100.97.208 ("Defendant"), through Defendant's counsel, Jeffrey Antonelli, Esq..  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  August 29, 2022　　　　　　　　　Respectfully submitted,

Date:  September 2, 2022　　　　　　　　By:　/s/ *Jacqueline M. James*__
　　　　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (#1845)
IT IS SO ORDERED.　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue, Suite 1102
　　　　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　　　　T: 914-358-6423
　　　　　　　　　　　　　　　　　　　　　　　F: 914-358-6424
　　　　　　　　　　　　　　　　　　　　　　　E-mail: jjames@jacquelinejameslaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Norman A. Mordue
Senior U.S. District Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
    Jacqueline M. James, Esq.